

CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., (SBN 289900)
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

CHRISTINE H. LONG (SBN: 199676)
christine.long@berliner.com
EILEEN P. KENNEDY (SBN: 204646 )
eileen.kennedy@berliner.com
BERLINER COHEN, LLP
Ten Almaden Boulevard,
Eleventh Floor
San Jose, California 95113-2233
Telephone:(408)286-5800
Facsimile:(408)998-5388
Attorneys For Defendant
Anthony Canciamilla and Maria Canciamilla

RICHARD D. SCHRAMM (SBN: 151696)
rschramm@eralawyers.com
EMPLOYMENT RIGHTS ATTORNEYS
1500 E. Hamilton Ave., Ste. 118
Campbell, California 95008
Telephone:(408)796-7551
Facsimile:(408)796-7368
Attorneys For Defendant
El Buen Gusto Corporation

MOHAMED JALLAB
edjallab@gmail.com
202 East J St # 1, Benicia
CA 94510
Defendant
IN PRO PER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

Plaintiff,

v.

ANTHONY CANCIAMILLA, in individual and representative capacity as trustee of The Canciamilla Trust Dated July 6, 2018;
MARIA CANCIAMILLA, in individual and representative capacity as trustee of The Canciamilla Trust Dated July 6, 2018;
EL BUEN GUSTO CORPORATION, a California Corporation;
MOHAMED JALLAB; and Does 1-10,

Defendants.

Case: 4:20-cv-01742-YGR

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 13, 2021 CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: September 13, 2021

BERLINER COHEN, LLP

By: /s/ Eileen P. Kennedy
Christine H. Long
Eileen P. Kennedy
Attorneys for Defendants
Anthony Canciamilla and Maria Canciamilla

Dated: September 13, 2021

EMPLOYMENT RIGHTS ATTORNEYS

By: /s/ Richard D. Schramm
Richard D. Schramm
Attorneys for Defendants
El Buen Gusto Corporation

Dated:

By: ___________________________
Mohamed Jallab
Defendant

El Buen Gusto Corporation

Dated: 09/13/2021

By: Mohamed Jallab 9/13/2021 4:59:20 PM GMT

Mohamed Jallab
Defendant

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Eileen P. Kennedy and Richard D. Schramm, counsel's for Anthony Canciamilla; Maria Canciamilla and El Buen Gusto Corporation , respectively, and that I have obtained Ms. Kennedy's and Mr. Schramm authorization to affix their electronic signature to this document.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Eileen P. Kennedy, counsel for Anthony and Maria Canciamilla; and Richard Schramm, counsel for El Buen Gusto Corporation. I have obtained Ms. Kennedy's and Mr. Schramm's authorization to affix their electronic signatures to this document.

Dated: September 13, 2021 CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff